**United States Bankruptcy Court**
**District of South Dakota**

IN RE:  Case No. **04-40231**

**Henning, Kevin J**  Chapter **7**
Debtor(s)

## DISCLOSURE OF COMPENSATION

1. Pursuant to 11 U.S.C. § 329(a), F.R.Bankr.P. 2016(b), and the Court's February 13, 2001 General Order Adopting Standardized Disclosure of Compensation and Supplemental Disclosure of Compensation Forms, I declare that within one year of the filing of the petition herein I have been paid or have agreed to be paid the following compensation for services rendered or to be rendered in contemplation of or in connection with the case.

| | | |
|---|---|---|
| (a) Legal Fees: | $ | **609.00** |
| (b) Sales Tax, Filing Fee, Other Costs: | + $ | **250.00** |
| (c) Total: | = $ | **859.00** |
| (d) I have received: | − $ | **859.00** |
| (e) I am still owed: | = $ | **0.00** |

2. In return for the compensation set forth in ¶ 1(c) above, I have rendered or have agreed to render the following legal services (check all that apply):

- ☑ analyzing the debtor's financial situation and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
- ☑ preparing and filing the debtor's petition, schedules, and statement of financial affairs;
- ☑ representing the debtor at the meeting of creditors; and
- ☐ other (see attached description).

3. If I was paid any portion of the sum in ¶ 1(d) or will be paid any portion of any remaining balance in ¶ 1(e) by anyone other than the debtor, I have attached a list of those persons and the amounts they paid or will pay.

4. If I have shared or have agreed to share my fees with anyone who is not a member or an associate of my law firm, I have attached a list of those persons and a copy of any writing memorializing that agreement.

Dated:  **February 26, 2004**      */s/ Harry A Engberg*

**Harry A Engberg**
**Galland Legal Clinic**
**505 N Minnesota Ave**
**Sioux Falls, SD  57104**

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only